EMMA A. WOOD, Respondent, *v.* SEYMOUR KETCHAM, as Executor of WALKER A. WOOD, Deceased, Appellant.

*Wood* v. *Ketcham,* 184 App. Div. 927, affirmed.

(Argued November 25, 1919; decided December 9, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May· 27, 1918, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was for a decree adjudging plaintiff to be the owner by gift of a certificate of deposit issued by the First National Bank of Moravia to defendant's testator, which was in the possession of plaintiff after testator's death but which had never been indorsed by him. The trial court held that the evidence was sufficient to establish the gift.

*Hull Greenfield* for appellant.

*Amasa J. Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ELKUS, JJ.